On Application for Rehearing
PER CURIAM.
In an application for a rehearing appellant claims, among other things, that we erroneously stated in our opinion that not one of his witnesses, testifying at the hearing on the motion for a lunacy commission, “avouched that he was incapable of distinguishing between right and wrong” when, in truth and in fact, not less than three of his witnesses so testified.
The complaint is well taken as the record reflects that appellant’s witnesses, John Blanton, Lizzie Mae Merritt and C. E. Guice, expressed doubt that he knew right from wrong. However, the incorrectness of the statement in the original opinion does not warrant the granting of ■» rehearing as we have again «reviewed all of the evidence taken at the hearing and remain unconvinced that the trial judge manifestly abused his discretion in refusing to appoint a lunacy commission.
We have also examined the other complaints of appellant and are of the opinion that they are not well founded.
Therefore, the application for a rehearing is denied.